UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, Plaintiff, v. HEAPS, PELICAN BAY STATE PRISON WARDEN, Defendant. | Case No. 17-cv-00191-VC  (PR) **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

        On January 13, 2017, Willie Weaver, a prisoner at California State Prison in Folsom, California, filed a civil rights complaint under 42 U.S.C. § 1983 against employees of Pelican Bay State Prison, where he was previously incarcerated. On the same day, the Clerk of the Court sent Weaver a notice that he had not submitted an application to proceed *in forma pauperis* ("IFP"). *See* Doc. No. 2. The Clerk included a copy of the Court's current IFP application and a return envelope, and directed Weaver to either pay the filing fee or file the completed IFP application within twenty-eight days of the notice to avoid dismissal of the action. Doc. No. 2.

        On March 6, 2017, Weaver filed a motion for extension of time to file his IFP application, which the Court granted on March 14, 2017, allowing Weaver 21 days from the date of the Order to file his IFP application; the application was due on or before April 4, 2017.

        April 4, 2017 has passed and Weaver has not submitted a completed IFP application or paid the filing fee.

Therefore, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 8, 2017

VINCE CHHABRIA
United States District Judge